ant's agency.   The jury were not required to find fraud on the part of the defendant.

*Allerton & Mills,* for the appellant.

*John H. Bergen,* for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and DONOHUE, JJ.

Judgment reversed and a new trial granted, costs to abide event.

---

JOHN HIGGINS, RESPONDENT, *v.* THE NEWTOWN AND FLUSHING RAILROAD COMPANY, APPELLANT.

*Implied assumpsit — when special contract is made measure of damages.*

A party who has performed a special contract, may sue upon an implied assumpsit, and, upon the trial, give in evidence the contract-price as the measure of damages.*

APPEAL from a money judgment, entered on the verdict of a jury at the Queens County Circuit.

*Elias J. Beach,* for the appellant.

*James W. Covert,* for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., and DONOHUE, J:

Judgment affirmed, with costs.

* Farron v. Sherwood, 17 N. Y., 227; Fells v. Vestvali, 39 id., 152.